Dismissed and Memorandum Opinion filed December 13, 2007








Dismissed
and Memorandum Opinion filed December 13, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00746-CV

____________

 

CONCORD DEL RIO/OST, LTD., Appellant

 

V.

 

TOYSHA ARMSTRONG, Appellee

 



 

On Appeal from the
281st District Court

Harris County,
Texas

Trial Court Cause
No. 2005-17513

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 14, 2007.  On November 29, 2007,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 13, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.